DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

QUANTAVIOUS D'ANTHONY GRANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1276

_____

February 7, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew
Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr.,
Assistant Public Defender, Bartow, for Appellant.


PER CURIAM.

　　　Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.